STATE v. BAXTER

No. 189P91

Case below: 102 N.C.App. 352

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

STATE v. BRESSE

No. 165P91

Case below: 101 N.C.App. 519

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 12 June 1991.

STATE v. DAY

No. 216P91

Case below: 98 N.C.App. 515

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 12 June 1991.

STATE v. ELLERBEE

No. 212P91

Case below: 89 N.C.App. 723

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 12 June 1991.

STATE v. ESTES

No. 211P91

Case below: 101 N.C.App. 575

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 12 June 1991.